Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12065−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Esther S. Ahn
   446 Forest Ave.
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−6095

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/19 at 10:00 AM

to consider and act upon the following:

11 − Motion for Relief from Stay re: 446 Forest Avenue, Paramus, NJ 07652. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass−Through Certificates, Series 2005−7, U.S. Bank National Association, as Trustee. Hearing scheduled for 4/9/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Loan Documents # 5 Exhibit "A" # 6 Certificate of Service) (Carlon, Denise)

Dated: 3/21/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court