# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−12065−RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Esther S. Ahn
   446 Forest Ave.
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−6095

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/19 at 10:00 AM

to consider and act upon the following:

*11* − Motion for Relief from Stay re: 446 Forest Avenue, Paramus, NJ 07652. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass−Through Certificates, Series 2005−7, U.S. Bank National Association, as Trustee. Hearing scheduled for 4/9/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Loan Documents # 5 Exhibit "A" # 6 Certificate of Service) (Carlon, Denise)

Dated: 3/21/19

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Esther S. Ahn  
    Debtor

Case No. 19-12065-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 21, 2019  
                        Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.  
db          +Esther S. Ahn,    446 Forest Ave.,    Paramus, NJ 07652-4704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Donald V. Biase    dbiase4236@gmail.com, dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
         Rebecca Ann Solarz    on behalf of Creditor    Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-7, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                       TOTAL: 4